720

Commonwealth *v.* Klein, Appellant.

Submitted November 25, 1975. *David Rothman* and *Alan Berman,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, *Chris G. Copetas,* Deputy Assistant District Attorney, *Michael J. Reilly,* Administrative Assistant District Attorney, and *Robert E. Colville,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Kohler, appellant.

Submitted March 17, 1975. *J. Elvin Kraybill* and *Edward F. Browne, Jr.,* Assistant Public Defenders, for appellant; *Henry S. Kenderdine, Jr.,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.